IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VICTORIA BORDIGNON, | ) | CV 08-00372 SOM-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| CORPORATION; APPROVED | ) | |
| MORTGAGE, INC. , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on April 15, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Dismiss this Action" are adopted as the opinion and order of

this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 22, 2013.



 /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge