AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| VICTORIA BORDIGNON | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 08-00372 SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| AMERICAN HOME MORTGAGE CORPORATION; APPROVED MORTGAGE, INC. | April 22, 2013<br>At 11 o'clock and 58 min a..m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to the "Findings and Recommendation to Dismiss This Action" filed on April 15, 2013 and the "Order Adopting Magistrate Judge's Findings and Recommendation" filed on April 22, 2013.

| | |
|---|---|
| April 22, 2013 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |